# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-15-00133-CR
NO. 03-15-00134-CR
NO. 03-15-00135-CR

**Jerry Alexander, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
NOS. D-1-DC-12-201699; D-1-DC-13-201876 & D-1-DC-13-206187
HONORABLE BRENDA KENNEDY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jerry Alexander seeks to appeal three judgments of conviction entered on January 30, 2015, for possession of a controlled substance. *See* Tex. Health & Safety Code § 481.115(c), (d). In each cause, the trial court has certified that Alexander has waived the right to appeal. Accordingly, we dismiss the appeals for want of jurisdiction. See Tex. R. App. P. 25.1(a)(2), (d).

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Jurisdiction

Filed: April 3, 2015

Do Not Publish